

FELONY

FILED  
08-26-08  
AUG 2 6 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

08CR 509

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE KEYS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  **YES**
   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **08 CR 509, United States v. Daniel Rodriguez**;    Keys

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?  **NO**
   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?  **NO**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?  **NO**
   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  **NO**

6) What level of offense is this indictment or information?  **FELONY**

7) Does this indictment or information involve eight or more defendants?  **NO**

8) Does this indictment or information include a conspiracy count?  **YES**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **DAPCA Narcotics (III)**

10) List the statute of each of the offenses charged in the indictment or information.
    **Title 21 USC Sections 846 and 841(a)(1) and Title 18 USC Section 2**

Samuel B. Cole  
Assistant United States Attorney