Minute Order Form (06/97)

08 GJ 923

## United States District Court, Northern District of Illinois
### MAGISTRATE JUDGE KEYS

| Name of Assigned Judge or Magistrate Judge | JUDGE JOHN W DARRAH | Sitting Judge if Other than Assigned Judge | Magistrate Judge Nolan |
|---|---|---|---|
| CASE NUMBER | 08 CR 509 | DATE | August 26, 2008 |
| CASE TITLE | US v. DANIEL RODRIGUEZ and CARLOS GORDON | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature the motion being presented.]

### GRAND JURY PROCEEDING

SPECIAL FEBRUARY 2008-1

The Grand Jury for the _Nan R. Nolan_ ssion, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DOCKET ENTRY:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE IN 08 CR 509 AS TO DANIEL RODRIGUEZ.   BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE IN 08 CR 517 AS TO CARLOS GORDON.

FILED
08-26-08
AUG 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                                UNDER SEAL)

| | | | | | |
|---|---|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices | | DOCKET# |
| No notices required. | | | Date docketed | | |
| Notices mailed by judge's staff. | | | Docketing dpty. initials | | |
| Notified counsel by telephone. | | | | | |
| Docketing to mail notices | | | Date mailed notice | | |
| Mail AO 450 form. | | | Mailing dpty. initials | | |
| Copy to judge/magistrate judge. | | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | | |